# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRIDGETON 396 BROADWAY FEE LLC,

                    Petitioner,                        20 **CIVIL**2052 (AKH)

      -against-                                     **JUDGMENT**

ANTHONY T. RINALDI LLC, d/b/a/
THE RINALDI GROUP,

                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 8, 2020, Petitioner's motion to enjoin arbitration, ECF No. 7, is denied; Respondent's motion to dismiss, ECF No. 19 is granted; and Respondent's motion for sanctions, ECF No. 23 is denied; accordingly, the case is closed**.**

**Dated**: New York, New York
         October 8, 2020

                                                    **RUBY J. KRAJICK**
                                                   _____

                                                   **Clerk of Court**
                            **BY:**    _____

                                                   **Deputy Clerk**